# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTONIO OCHOA, CDCR #F-81217, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HILL, DR. JOHN HODGES, DR. LUZVIMINDA SAIDRO, JANE DOE, MITCHELL, <br><br> Defendants. | Case No. 23-cv-2058-MMA (MMP) <br><br> **ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE** |

November 6, 2023, Marcus Antonio Ochoa ("Plaintiff"), a prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. Doc. No. 1. The Court granted Plaintiff IFP status and *sua sponte* dismissed the original complaint for failure to state a claim. Doc. No. 3. After an extension of time, Plaintiff filed a First Amended Complaint ("FAC") on April 1, 2024. Doc. No. 6. The Court dismissed the FAC because Plaintiff again failed to state a claim. Doc. No. 7. The Court gave Plaintiff 45 days, or until October 10, 2024, to file a Second Amended Complaint. *Id.* at 13.

The time for Plaintiff to respond to the Court's Order has passed and the Court has received no communication from Plaintiff. The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to

1

the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

    Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to prosecute this action. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: December 9, 2024

HON. MICHAEL M. ANELLO
United States District Judge